# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| MATTHEW JONES )<br>*Plaintiff(s)* )<br>)<br>v. )<br>)<br>TOWN OF BENNINGTON POLICE DEPARTMENT )<br>*Defendant(s)* ) | Civil Action No. 2:23-cv-19 |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document 2) filed on March 22, 2023, plaintiff's Application to Proceed In Forma Pauperis (Document 1) is GRANTED and the Complaint (Document 3) is DISMISSED under 28 U.S.C. § 1915(e)(2)(B).

The court hereby certifies that under 28 U.S.C. § 1915(a)(3) any appeal of the dismissal of the Complaint would not be taken in good faith.

Date:  March 22, 2023

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:  3/22/2023

*/s/ Lisa Wright*

*Signature of Clerk or Deputy Clerk*